AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California



UNITED STATES OF AMERICA,

V.

Javier Ulises Zamora-Hernandez aka Patron aka Bulis
aka Ulys aka Ulyses

WARRANT FOR ARREST

CR 07-645 MMC

To: The United States Marshal
 and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Javier Ulises Zamora - Hernandez

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  () Information  () Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with 21:846,841(b)(1)(A)(I), 18:2,21:841(a)(1) and (b)(1)(C),21:853 conspiracy to possess with intent to distribute and to distribute heroin,possession with intent to distribute and distribution of heroin

in violation of Title ___See above___ United States Code, Section(s) ___

_____          ___Deputy Clerk___
                          Title of Issuing Officer

_____          ___San Francisco 10/11/07___
Signature of Issuing Officer          Date and Location

Bail fixed at $ _no bail_      by ___Edward Chen, U.S. Magistrate Judge___
                                      Name of Judicial Officer

| RETURN | | |
| --- | --- | --- |
| This warrant was received and executed with the arrest of the above-named defendant at _San Leandro, Co_ | | |
| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest _10/24/2007_ | _Carl Bonner, TFO-DEA_ | by ___5657___ |