1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant United States Attorney
5
    450 Golden Gate Ave. 11th Floor
6   San Francisco, Ca. 94102
    Telephone: (415) 436-7223
7
   Attorney for Applicant
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,    )    CRIMINAL NO. CR 07-0645 MMC
                                 )
13          Plaintiff,           )
                                 )
14          v.                   )    **NOTICE OF ADDITION
                                 )    OF COUNSEL**
15  WILLIAMS ET. AL,             )
                                 )
16          Defendant.           )
    _____)
17

18     The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise

19  the court that Assistant United States Attorney ("AUSA") Barbara Brennan Silano is also

20  assigned to this case. Accordingly, please have future ECF notices sent to AUSA Silano at the

21  email address of barbara.silano@usdoj.gov

22                                          Respectfully submitted,
23

24  DATED: January 3, 2008                         /s/
25                                          _____
26                                          BARBARA BRENNAN SILANO
27                                          Assistant United States Attorney
28

NOTICE OF ADDITION OF COUNSEL