1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

E-Filing

6              UNITED STATES DISTRICT COURT
7             NORTHERN DISTRICT OF CALIFORNIA
8                SAN FRANCISCO DIVISION

9
10  UNITED STATES OF AMERICA     )   No. CR-07-00645-MMC
                                 )
11         Plaintiff,            )   [~~PROPOSED~~] ORDER PERMITTING
                                 )   DEFENDANTS TO USE MP3
12                               )   AUDIO PLAYERS TO REVIEW
                                 )   DISCOVERY AT SANTA RITA JAIL
13   v.                          )
                                 )
14  RONALD WILLIAMS, et.al.,     )
                                 )   The Honorable Maxine M. Chesney
15                               )
          Defendants.            )
16  _____)

17
18
19
20
21
22
23
24
25
26
27  ///
28

Proposed Order MP3 Player Santa Rita                                      1

1   Finding good cause shown, as discovery has been provided in digital audio format:

2   IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3
3   player in order to review audio discovery at Santa Rita Jail;
4   BARRY LYNN SAMUEL,
5   ELEAZOR MORA-ARCIGA,
6   SALVADOR ORTEGA,
7   ERIKA MANZO,
8   JAVIER ULISES ZAMORA-HERNANDEZ,
9   ALFREDO GONZALEZ GOVEA,
10  CESAR RAMIREZ-CHAVIRA,
11  MIGUEL RAMIREZ.

13  IT IS SO ORDERED.

15  Dated: MAR 1 2 2008

THE HONORABLE MAXINE M. CHESNEY
United States District Judge