MARY McNAMARA (SBN 147131)
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone No.  415/477-3800
Facsimile No.   415/477-9010

Attorney for JAVIER ULISES ZAMORA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER ULISES ZAMORA-HERNANDEZ,<br>　　a.k.a. Patron, a.k.a. Bulis, a.k.a. Ulys, a.k.a. Ulyses,<br><br>　　　　Defendant. | **Case No. CR-07-0645 MMC**<br><br>**EX PARTE APPLICATION PERMITTING JAVIER ULISES ZAMORA-HERNANDEZ TO USE MP3 AUDIO PLAYER TO REVIEW DISCOVERY AT GLENN E. DYER DETENTION CENTER; PROPOSED ORDER** |

　　　　Mary McNamara, counsel for defendant Javier Ulises Zamora-Hernandez, hereby applies for an Order permitting Javier Ulises Zamora-Hernandez to review discovery on an MP3 machine at Glenn E. Dyer Detention Facility. This application is based on the files and records in this case and the accompanying declaration of counsel.

　　　　DATED: March 27, 2008　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　MARY McNAMARA
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Javier Ulises Zamora-Hernandez

**DECLARATION OF COUNSEL**

I, Mary McNamara, declare as follows:

1. I am counsel for Javier Ulises Zamora-Hernandez in United States vs. Ronald Williams, et al., CR. 07-00645-MMC;

2. On March 12, 2008, Judge Chesney ordered that the defendant be permitted to use an MP3 player to review audio discovery at Santa Rita Jail. The defendant has since been transferred from Santa Rita Jail to Glenn E. Dyer Detention Facility;

3. I have been advised by Steven D. Moore, the discovery coordinator in this case, that the discovery consists of approximately 35,000 intercepted wiretap calls on eight (8) different target lines;

4. Javier Ulises Zamora-Hernandez must listen to and review the discovery and the most efficient way to provide him with these calls in to put them on MP3s;

5. Accordingly, declarant requests that the Court order be signed permitting Javier Ulises Zamora-Hernandez to listen to the discovery on MP3s at Glen Dyer Detention Facility .

I declare under penalty of perjury that the above is true and correct to the best of my knowledge. Executed in San Francisco on March 27, 2008.

DATED: March 27, 2008            _____/s/_____
                                  MARY McNAMARA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JAVIER ULISES ZAMORA-<br>HERNANDEZ,<br>　　a.k.a. Patron, a.k.a. Bulis, a.k.a.<br>　　Ulys, a.k.a. Ulyses,<br><br>　　Defendant. | **Case No. CR-07-0645 MMC**<br><br>**[PROPOSED] ORDER PERMITTING JAVIER ULISES ZAMORA-HERNANDEZ TO USE MP3 AUDIO PLAYER TO REVIEW DISCOVERY AT GLENN E. DYER DETENTION CENTER; PROPOSED ORDER** |

　　Finding good cause shown, as discovery has been provided in digital format and that the defendant has been transferred from Santa Rita Jail to Glenn E. Dyer Detention Facility:

　　IT IS HEREBY ORDERED that Javier Ulises Zamora-Hernandez be permitted to use an MP3 player in order to review audio discovery at Glenn E. Dyer Detention Facility.

　　DATED: _____

　　　　　　　　　　　　　　　　THE HONORABLE MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　United States District Judge