IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JAVIER ULISES ZAMORA-HERNANDEZ,<br>　　a.k.a. Patron, a.k.a. Bulis, a.k.a.<br>　　Ulys, a.k.a. Ulyses,<br><br>　　Defendant. | Case No. CR-07-0645 MMC<br><br>[PROPOSED] ORDER PERMITTING JAVIER ULISES ZAMORA-HERNANDEZ TO USE MP3 AUDIO PLAYER TO REVIEW DISCOVERY AT GLENN E. DYER DETENTION CENTER; PROPOSED ORDER |

　　Finding good cause shown, as discovery has been provided in digital format and that the defendant has been transferred from Santa Rita Jail to Glenn E. Dyer Detention Facility:

　　IT IS HEREBY ORDERED that Javier Ulises Zamora-Hernandez be permitted to use an MP3 player in order to review audio discovery at Glenn E. Dyer Detention Facility.

DATED: March 28, 2008

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge