Brian P. Berson, Esq.
State Bar No. 130249
Law Office of Brian P. Berson
235 Montgomery Street, Suite 625
San Francisco, CA 94104
BrianBerson@yahoo.com
Telephone: (415) 788-2707
Facsimile: (415) 392-5275

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) ) JAVIER ULISES ZAMORA HERNANDEZ) ) Defendant. ) ) | CASE NO. CR-07-0645 MMC (JCS) SUBSTITUTION OF COUNSEL AND ~~(PROPOSED)~~ ORDER |

Defendant herein, Javier U. Zamora Hernandez, hereby requests that Mary McNamara, be relieved and that Brian P. Berson, Esq., whom I have retained, be substituted in her place to represent me.

DATED: December _1_, 2008          _____
                                                JAVIER ULISES ZAMORA HERNANDEZ

I consent to the above substitution.

DATED: December _3_, 2008          _____
                                                MARY MCNAMARA, ESQ.
                                                Attorney at Law

I consent to the above substitution.


DATED: December 2, 2008

*/s/ Brian P. Berson*
BRIAN P. BERSON
Attorney at Law
Bar Card 130249

Based on the above stipulation, and good cause appearing

IT IS SO ORDERED. New counsel is advised, however, that such substitution will not itself constitute good cause to modify any deadline already passed.
Dated: December 5, 2008

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge