# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America <br> v. <br> Javier Ulises Zamora-Hernandez | Case No: CR-07-00645-013 MMC <br> USM No: 90513-111 |
| Date of Original Judgment: 07/15/2009 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Shilpi Agarwal (AFPD) <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 170 months **is reduced to** 130 months* .

*(Complete Parts I and II of Page 2 when motion is granted)*

*130 months on Count One of the Indictment and Count One of the Information, all counts to be served concurrently

Except as otherwise provided, all provisions of the judgment dated 07/15/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/08/2015

*Maxine M. Chesney*
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Honorable Maxine M. Chesney, Senior U.S. District Judge
*Printed name and title*